**Order filed February 14, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00995-CR
_____

**LEON HARRISON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Cause No. 635921**

---

## ORDER

We direct the district clerk to furnish the clerk's record to appellant by **March 1, 2017.** The clerk shall certify to this court the date on which delivery of the record to appellant is made. If the record has already been provided to appellant, the clerk shall certify the date on which the record was sent as well as the date on which the record was delivered to appellant.

PER CURIAM